UNITED STATES DISTRICT COURT
DISTRICT FOR BOSTON MASSACHUSETTS

Pro-Se
Litigant
Concerned Citizen
Not A Real Attorney
Versed In Law
Civil-Defense
= Chief
Mr. Joe W. J. Louis
23345-048 Devens
Medical Center
P.O Box 879
Ayers Mass 01432
                Plaintiff

        -V-

Govenor State of
Massachusetts

Mayor of Boston

Defendents
Respondents

)  "Civil-Complaint"
)
)
)
)
)
)
)  Case and Docket
)  Number To Be Supplied
)  By Court Clerk
)
)
)  WRIT OF MANDAMUS
)
)
)

FILED IN CLERKS OFFICE
2018 AUG 28 AM 11:56
U.S. DISTRICT COURT
DISTRICT OF MASS

Comes Now The Plaintiff In The Aboved Captioned Matter Into This Honorable U.S. District Court.

Signed by Joe J Louis
Date- 8-12-18

Respectfully Submitted
Mr. Joe W. J. Louis
23345-048
Devens Medical Center P.O.
Box 879 Ayers Mass 01432

## STATEMENT OF FACTS

The plaintiff now alledges that the defenents respondents are guilty of gross negligence for not preparing for the up and comming winter weather of two thousand and eightteen and two thousand and nineteen.

The respondents need to put about 500 five hundred sleeping cuts at Bostons air-ports along with portable tulets for when the air-ports cancel all flights due to extreme amounts of snow falling this winter comming will shut down roads and highway and air-ports and will also depending on the duration of these winter snow srums interrupt food delivery and the mayor should get on television to advise its citizens to have enough canned goods to feed their family's for ninety days without going to the supermarket and for its citizens to stock-pile stock-pile stock pile drinking water